IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RUDY STANKO, | ) | 8:06CV290 |
| | ) | |
| Plaintiff, | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| WARDEN PATTEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

     The clerk's office has made an inquiry regarding the Memorandum and Order that was filed earlier today (filing 13), directing that summons forms be mailed to Plaintiff. Specifically, the clerk's office has inquired where to mail the summons forms because Plaintiff's whereabouts are unknown. Plaintiff was thought to be in the custody of the Bureau of Prisons, but the BOP.gov website indicates that he is not.

     The pro se complaint filed in this matter does not contain an address for Plaintiff, but the envelope it was mailed in lists a return address for "Roger Roots, P.O. Box 2, Gordon, NE 69343." Mr. Roots is an attorney who appears to have represented Plaintiff on appeal in this case. The clerk's office received an updated address for Mr. Roots in October 2006.

     Our local rules require a pro se parties to include their mailing addresses on filings and to notify the court of any change of address. See NEGenR 1.3(e) and (g). A pro se plaintiff's failure to comply with these requirements may result in his complaint being dismissed.

     In an effort to carry out the mandate of the Court of Appeals, the clerk will be directed to mail summons forms to Plaintiff in care of Mr. Roots at his last known address. Unless and until Mr. Roots enters an appearance in this matter, however, Plaintiff still shall be required to provide the court with a current mailing address.

IT IS ORDERED that the clerk of the court shall mail Plaintiff copies of this and the previous Memorandum and Order, together with summons forms, in care of Roger I. Roots, 113 Lake Drive East, Livingston, MT 59047.

March 28, 2007.                    BY THE COURT:

                                   s/ *Richard G. Kopf*
                                   United States District Judge