IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RUDY STANKO, | ) | 8:06CV290 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| WARDEN PATTEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that:

1. Defendant's motion for leave to proceed in forma pauperis (filing 16) is granted, and, accordingly:
   a. The Clerk of Court shall provide the plaintiff with a Form 285 for service of summons on each defendant and a copy of this order.
   b. The plaintiff shall, as soon as possible, provide the Clerk with the completed summons form(s) and completed Form(s) 285. **In the absence of these forms, service of process cannot occur.**
   c. Upon receipt of the completed summons form and Form 285 for each defendant, the Clerk shall sign the summons form and forward it, together with a copy of the complaint, to the U.S. Marshal for service on the defendant(s).
   d. The Marshal shall serve a summons and complaint on each defendant, without payment of costs or fees. Service may be effected by mail pursuant to Fed. R. Civ. P. 4 and Neb. Rev. Stat. § 25-505.01(c).
2. Defendant's motion for change of place of trial (filing 17) is denied. See NECivR 40.1 and NEGenR 1.4(a)(5).

April 26, 2007.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge